UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                           3:08CV242 MCR/MD

KAREN L. WINTERS,

        Defendant.
_____/

## CONSENT JUDGMENT

The parties, in person and by counsel, agree and stipulate as follows:

1. That the defendant, KAREN L. WINTERS, is subject to the jurisdiction of this Court. Defendant accepts service of process under Rule 4 of the Federal Rules of Civil Procedure and acknowledges actual receipt of the Complaint.

2. That this amount is a debt to the United States as defined by 20 U.S.C. 1071 et seq. for student loans guaranteed by the Department of Education.

3. That judgment should be entered against the defendant in the principal sum of $2,803.84 ($1,335.75 + $1,468.09) as set forth in the Certificates of Indebtedness prepared by the Department of Education which are attached hereto and incorporated herein, plus court costs in the sum of $350.00.

WHEREFORE, Judgment is entered against the defendant in the sum of $3,153.84 (principal $1,335.75 + $1,468.09; and, court costs $350.00). Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

THOMAS F. KIRWIN
Acting United States Attorney

_____
KAREN L. WINTERS
Defendant

_____
Paul Alan Sprowls
Assistant United States Attorney

APPROVED AND SO ORDERED:

12/29/08
Date

_____
M. Casey Rodgers
United States District Judge
1-9-09

Copies to:

Paul Alan Sprowls
KAREN L. WINTERS